| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:   (916) 554-2900 |

**FILED**

Sep 09, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>8559 S JACK TONE RD<br>STOCKTON, CA 95215 | CASE NO: 2:21-SW-0685 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: September 9, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE